IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOUNTAIN STATES CRANE, LLC,
a New Mexico Limited Liability Company,

      Plaintiff,

v.                                                       No. 1:17-cv-1169-SCY-KRS

ARS ALEUT REMEDIATION, LLC,
(AAR), an Alaska Limited Liability Company, and
ARS INTERNATIONAL, LLC (ARS), an Alaska
Limited Liability Company, jointly and severally,

      Defendants.

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

**THIS MATTER** comes before the Court upon the parties' Stipulated Motion for Extension of Time to Answer Complaint (Doc. 5), filed December 15, 2017. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the deadline for Defendants to file an answer or other responsive document in the above-titled matter shall be **January 30, 2018**.

                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE