IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MOUNTAIN STATES CRANE, LLC,**
a New Mexico Limited Liability Company,

 **Plaintiff,**
vs.          Civil Action No. 1:17-cv-01169-JCH-KRS

**ARS ALEUT REMEDIATION, LLC (AAR)**
an Alaska Limited Liability Company,

**and**

**ARS INTERNATIONAL, LLC (ARS),**
an Alaska Limited Liability Company,
jointly and severally,

 **Defendants.**

## ORDER VACATING AND RESCHEDULING RULE 16 SCHEDULING CONFERENCE

The Court having considered Plaintiff's Unopposed Motion to Vacate and Reschedule Initial Scheduling Conference (Doc. 13) and finding that the Motion is well-taken, HEREBY ORDERS that the Rule 16 Scheduling Conference set for March 12, 2018 at 2:00 p.m. is vacated. The Rule 16 Scheduling Conference is reset for March 15, 2018 at 2:00 p.m.

            _____
            KEVIN R. SWEAZEA
            UNITED STATES MAGISTRATE JUDGE