IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOUNTAIN STATES CRANE, LLC,
a New Mexico Limited Liability Company,

    Plaintiff,

v.                                                                 No. 1:17-cv-1169-JCH-KRS

ARS ALEUT REMEDIATION, LLC,
(AAR), an Alaska Limited Liability Company, and
ARS INTERNATIONAL, LLC (ARS), an Alaska
Limited Liability Company, jointly and severally,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on March 15, 2018, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 12), filed March 5, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order filed concurrently with this Order.

**IT IS SO ORDERED**.

                                                **KEVIN R. SWEAZEA**
                                                **UNITED STATES MAGISTRATE JUDGE**